CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 446-9322
FAX: (916) 446-0770
E Mail: c.fry@att.net

Attorney for ALICIA CALHOUN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALICIA CALHOUN, <br><br> Defendant. | No. CR.S-11-0175-GEB <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for May 27, 2011, be continued to June 24, 2011, at 9:00 a.m.

This defendant was arraigned on May 5, 2011 and first document discovery was received by the defense on May 16, 2011.  This continuance is sought by defense counsel to provide time to commence review and investigation.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through June 24, 2011,  to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: May 23, 2011                   */s/ Candace A. Fry*
                                      CANDACE A. FRY, Attorney for
                                      ALICIA CALHOUN, Defendant

-1-

Dated: May 24, 2011

BENJAMIN B. WAGNER
United States Attorney

By   */s/ Camil A. Skipper*
    CAMIL A. SKIPPER,
    Assistant United States Attorney

(Signed for Ms. Skipper with her prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: May 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-