BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2709
Facsimile:     (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br> v.                                   )<br>                                      )<br> ALICIA CALHOUN,                       )<br>                                      )<br>            Defendant.                )<br>                                      ) | CASE NO. 2:11-CR-00175-GEB<br><br>**[proposed] ORDER CONTINUING STATUS CONFERENCE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT**<br><br>**[proposed] STATUS CONFERENCE: 8-26-11]** |

   The Court has read and considered the Stipulation for Continuance of Status Conference Date and to Exclude Time Pursuant to Speedy Trial Act, filed by the parties in this matter on July 20, 2011.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the status conference date, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

   The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the

1  continuance would be likely to make a continuation of the proceeding
2  impossible, or result in a miscarriage of justice; and (iii) failure
3  to grant the continuance would unreasonably deny counsel for the
4  defendant the reasonable time necessary for effective preparation.
5  THEREFORE, FOR GOOD CAUSE SHOWN:
6       1.   The status conference hearing is continued to August 26,
7  2011.
8       2.   The time period of July 29, 2011, to August 26, 2011,
9  inclusive, is excluded in computing the time within which the trial
10 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
11 (h)(7)(B)(iv) [Local Code T4].
12      3.   Defendant shall appear in this Court on August 26, 2011, at
13 9:00 A.M.
14      4.   Nothing in this Order shall preclude a finding that other
15 provisions of the Speedy Trial Act dictate that additional time
16 periods are excluded from the period within which trial must
17 commence.  Moreover, the same provisions and/or other provisions of
18 the Speedy Trial Act may in the future authorize the exclusion of
19 additional time periods from the period within which trial must
20 commence.
21      IT IS SO ORDERED.
22 Dated: July 20, 2011
23
24  _____
    GARLAND E. BURRELL, JR.
25  United States District Judge
26
27
28